# Court of Appeals
# of the State of Georgia

ATLANTA,  November 05, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0561. TEAGAN v. THE STATE.

The above-styled appeal was docketed in this Court on October 10, 2019. Pursuant to Rule 23 (a) of the Court of Appeals, the brief of the Appellant was to be filed in this Court by October 30, 2019. The Appellant (pro se) has not filed a brief and has not filed a motion for extension for good cause. The State filed a Motion to Dismiss the appeal based on said failure.

The State's motion is granted and this appeal is hereby DISMISSED. See Court of Appeals Rules 16 (b), 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/05/2019*
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*